850 A.2d 618

**Darrell WILSON, Appellant,**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

May 4, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 4th day of May, 2004, the appeal is quashed as untimely.